IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

JONATHAN EDDIE WHITAKER,          *

       Plaintiff,              *

vs.                               *

                           CASE NO. 4:11-CV-47 (CDL)

Warden BARRY GOODRICH,            *

       Defendants.             *

ORDER ON REPORT AND RECOMMENDATION

After a *de novo* review of the record in this case, the Recommendation, including a recommended denial of a certificate of appealability, filed by the United States Magistrate Judge on October 14, 2011 is hereby approved, adopted, and made the Order of the Court.

The objections of the Plaintiff have been considered and are found to be without merit.

IT IS SO ORDERED, this 1st day of December, 2011.


s/Clay D. Land
CLAY D. LAND
UNITED STATES DISTRICT JUDGE